THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. KLIPSTEIN & COMPANY, Appellant, *v.* JAMES A. ROBERTS, as Comptroller of the State of New York, Respondent.

*People ex rel. Klipstein & Co.* v. *Roberts,* 36 App. Div. 597, affirmed.
(Argued June 4, 1901; decided June 18, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 24, 1899, confirming a determination of the comptroller of the state of New York assessing a franchise tax on the relator and dismissing a writ of certiorari to review the same.

*John B. Green* and *Edmund L. Cole* for appellant.

*John C. Davies* and *Henry B. Coman* for respondent.

Order affirmed, with costs, on opinion below, without expressing any opinion as to the result had the relator's business been wholly that of foreign or interstate commerce.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Not sitting: LANDON, J.